UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD HAWKINS | CIVIL ACTION |
| VERSUS | NO. 05-6431 |
| JAMES MILLER, JR., WARDEN, WCI | SECTION "A"(1) |

## ORDER

The Court having considered the petition, the record, the applicable law, and Plaintiff's objections to the magistrate judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Petitioner was provided with an evidentiary hearing on his motion to suppress as well as appellate review of that denial. Further, Officer Brazley's failure to testify resulted from the defense's inaction, versus the actions of the prosecutor or the court, and therefore, the Petitioner's constitutional rights were not violated.

Accordingly;

**IT IS ORDERED** that the federal petition of Ronald Hawkins for habeas corpus relief should be and is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, Wednesday, November 15, 2006.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE